UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Jocelyn Gordon<br>          Plaintiff<br>   VS.<br>Casco Realty, LLC;<br>PHH Mortgage Corp.<br>          Defendants | Adv. No.: 17-1784 VFP<br><br>Chapter 13<br><br>Judge Vincent F. Papalia |

**CONSENT ORDER EXTENDING DEADLINE TO FILE ANSWER**

The relief set forth on the following page(s), numbered two (2) through three (3) is hereby Ordered;

**DATED: January 29, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for PHH MORTGAGE CORPORATION | CHAPTER 13 |
| In Re:<br><br>JOCELYN GORDON<br><br>Debtors | Case No: 17-35276 - VFP<br><br>Adv. No: 17-01784 VFP<br><br>Hearing Date: 2/22/18<br><br>Judge: HON. VINCENT F. PAPALIA |
| JOCELYN GORDON<br>Plaintiff<br><br>v.<br><br>COSCO REALTY, LLC<br>Defendant<br><br>PHH MORTGAGE CORPORATION<br>Defendant | |

Recommended Local Form:    Followed    Modified

**CONSENT ORDER EXTENDING ANSWER DEADLINE FOR PHH MORTGAGE CORPORATION**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**THIS MATTER** having been brought before the Court by JUSTIN M. GILLMAN, attorney for Plaintiff, JOCELYN GORDON, upon the filing of an Adversary Compliant and, Phelan Hallinan Diamond & Jones, PC, attorney for Defendant PHH MORTGAGE CORPORATION, have agreed to the following:

**ORDERED,** that Plaintiff has granted Defendant, PHH MORTGAGE CORPORATION, a two week extension to file an Answer to the Adversary Complaint. Said Answer must be filed with the Court by February 9, 2018.

The undersigned hereby consent to the form, Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Defendant:
PHH MORTGAGE CORPORATION

/s/ NICHOLAS V. ROGERS
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: __1/26/18__

_____
Justin M. Gillman, Esquire
Attorney for Plaintiff

Dated: 1/26/18